DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Chief, Civil Division
RICHARD RODRIGUEZ
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
Phone: (415) 977-8926
Fax: (415) 744-0134
Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONNIE COX-CAIRNS, | Case No. 2:15-cv-01077-LDG-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (***FIRST REQUEST***) |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for her to file her Cross-Motion To Affirm by 30 days, from December 14, 2015 to January 13, 2016.

An extension of time is needed in order to prepare Defendant's Cross-Motion To Affirm because of workload concerns, and that the case was recently reassigned to counsel.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 8, 2015.

Respectfully submitted this 9th day of December 2015.

                                          DANIEL G. BOGDEN
                                          United States Attorney
                                          BLAINE T. WELSH
                                          Chief, Civil Division

                                          */s/ Richard Rodriguez*
                                          RICHARD RODRIGUEZ
                                          Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
STACY WIESBROCK
Assistant Regional Counsel

                                          IT IS SO ORDERED:

                                          UNITED STATES MAGISTRATE JUDGE
                                          DATED: December 9, 2015