# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CONNIE COX-CAIRNS,

    Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:15-cv-01077-LDG (NJK)

**ORDER**

    The plaintiff, Connie Cox-Cairns, filed this action seeking judicial review of the Commissioner of Social Security's denial of her application for disability insurance benefits and supplemental security income. Cox-Cairns moves for reversal and remand (ECF Nos. 21, 22). The Commissioner opposes the motion, and moves to affirm the denial of benefits (ECF Nos. 26, 27). The Magistrate Judge has issued a Report and Recommendation (ECF No. 30). The Magistrate Judge recommends that Cox-Cairns' motion be denied, and that the Commissioner's motion be granted.

    Cox-Cairns was notified that any objection to the Report and Recommendation must be in writing, and must be filed within fourteen days of service of the Report and Recommendation. She was further notified that a failure to file timely objections waives the

right to appeal the decision of this Court. Cox-Cairns has not objected to the Magistrate Judge's findings or to the recommendation that her motion be denied, and that the Commissioner's motion be granted.

The Court has reviewed the pleadings and the motions of the parties, as well as the Report and Recommendation. Accordingly,

THE COURT **ADOPTS** the Report and Recommendation (ECF No. 30);

THE COURT **ORDERS** that Plaintiff Connie Cox-Cairns' Motion to Remand to Social Security Administration (ECF No. 21) is DENIED;

THE COURT FURTHER **ORDERS** that the Motion for Summary Judgment of Defendant Carolyn W. Colvin, Acting Commissioner of Social Security Administration (ECF No. 26) is GRANTED. The Clerk of the Court shall enter judgment in favor of Defendant.

DATED this _____ day of March, 2017.

Lloyd D. George
United States District Judge